UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CORTNEY D. KELLEY
and MICHAEL DATES,

      Plaintiffs,

v.                                      3:09-cv-412

BRUSHY MOUNTAIN CORRECTIONAL
COMPLEX and DEAN HALL,

      Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                            s/ Thomas W. Phillips
                                       United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT